UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT

2025 JUL -9 P 1: 16

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO: |
| | ) | |
| v. | ) | 18 U.S.C. § 1708 |
| | ) | Theft of Mail |
| JOSHUA MISTER HOLMES, | ) | |
| COLESHIA CARTER, | ) | 18 U.S.C. § 1344 |
| and | ) | Bank Fraud |
| TORRANCE URBAN MILLER | ) | |
| | ) | 18 U.S.C. § 1028A(a)(1) |
| | ) | Aggravated Identity Theft |

**THE GRAND JURY CHARGES THAT:**

CR125-042

## COUNT ONE
*Theft of Mail Matter*
18 U.S.C. § 1708

On or about January 18, 2024, in Richmond County, within the Southern District of Georgia, Defendants,

**JOSHUA MISTER HOLMES,
and
TORRANCE URBAN MILLER,**

aided and abetted by each other, did steal, take, and abstract mail from and out of a mail receptacle.

All in violation of Title 18, United States Code, Sections 1708 and 2.

## COUNTS TWO through FIVE
### *Bank Fraud*
### 18 U.S.C. § 1344

On or about between January 30, 2023, through January 30, 2024, in Richmond County, in the Southern District of Georgia, and elsewhere, Defendants,

**JOSHUA MISTER HOLMES,**
**COLESHIA CARTER,**
**and**
**TORRANCE URBAN MILLER,**

aided and abetted by each other and others known and unknown, did knowingly execute and attempt to execute a scheme and artifice to defraud, and obtain money and property, owned by, or under the custody or control of, Wells Fargo Bank and Pinnacle Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, by means of false and fraudulent pretenses, representations, and promises, using the manner and means identified below, which manner and means were material to the scheme and artifice.

## MANNER AND MEANS OF THE SCHEME AND ARTIFICE

It was part of the scheme and artifice that Defendants **JOSHUA MISTER HOLMES, COLESHIA CARTER, and TORRANCE URBAN MILLER**, aided and abetted by each other and others, known and unknown, would steal business checks and personal checks from United States postal receptacles.

It was further part of the scheme and artifice that Defendants, **JOSHUA MISTER HOLMES, COLESHIA CARTER, and TORRANCE URBAN MILLER**, would sometimes sell these stolen checks to others, thereby exposing banks to financial loss.

2

It was further part of the scheme and artifice that Defendants, **JOSHUA MISTER HOLMES, COLESHIA CARTER, and TORRANCE URBAN MILLER,** would sometimes deposit these stolen checks or cause them to be deposited and withdraw cash to steal, thereby exposing banks to financial loss.

It was further part of the scheme and artifice that Defendants, **JOSHUA MISTER HOLMES, COLESHIA CARTER, and TORRANCE URBAN MILLER,** would sometimes create counterfeit checks from the information in these stolen checks and then negotiate these counterfeit checks, or cause them to be negotiated, thereby exposing banks to financial loss.

It was further part of the scheme and artifice that the Defendants, **JOSHUA MISTER HOLMES, COLESHIA CARTER, and TORRANCE URBAN MILLER,** would sometimes enlist others to deposit the stolen checks into their individual different bank accounts and then these other individuals would withdraw and steal money, splitting the proceeds, until the bank accounts were closed by the banks based on fraud.

## THE EXECUTION OF THE SCHEME

On or about the dates listed below, Defendants **JOSHUA MISTER HOLMES, COLESHIA CARTER, and TORRANCE URBAN MILLER,** executed and attempted to execute the scheme and artifice as set forth above, by depositing and causing to be deposited, stolen and counterfeit checks into the bank accounts listed below, on or about the dates listed below, knowing the checks were false and fraudulent, and used the false and fraudulently obtained money and funds for their

3

own use and benefit as more fully set out below:

| Count | Date | Check # | Bank | Account | Location of Negotiation | Amount |
|-------|------|---------|------|---------|-------------------------|--------|
| 2 | 08/24/23 | 1913 | Pinnacle Bank | Emerson and Jennifer Blackburn | Delta Community Credit Union: Mobile Deposit | $1207.12 |
| 3 | 12/18/23 | 027307 | Wells Fargo Bank | Waterco, Inc. | Delta Community Credit Union | $1,000.00 |
| 4 | 12/18/23 | 027308 | Wells Fargo Bank | Waterco, Inc. | Delta Community Credit Union | $1,000.00 |
| 5 | 12/18/23 | 027309 | Wells Fargo Bank | Waterco, Inc. | Delta Community Credit Union | $800.00 |

All in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT SIX
*Aggravated Identity Theft*
18 U.S.C. § 1028A

On or about December 18, 2023, in Richmond County, within the Southern District of Georgia, and elsewhere, the Defendants,

**JOSHUA MISTER HOLMES,
COLESHIA CARTER,
and
TORRANCE URBAN MILLER,**

aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly transfer and possess and use, without lawful authority, the means of identification of another actual person, to-wit: the name of J.W., whose name is known to the Grand Jury, knowing that the means of identification was that of an actual person, during and in relation to the crime of Bank Fraud as charged in Count Three of this Indictment.

All in violation of Title 18, United States Code, Sections 1028A and 2.

5

## COUNT SEVEN
*Aggravated Identity Theft*
18 U.S.C. § 1028A

On or about December 18, 2023, in Richmond County, within the Southern District of Georgia, and elsewhere, the Defendants,

**JOSHUA MISTER HOLMES,
COLESHIA CARTER,
and
TORRANCE URBAN MILLER,**

aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly transfer and possess and use, without lawful authority, the means of identification of another actual person, to-wit: the name, of J.W., whose name is known to the Grand Jury, knowing that the means of identification was that of an actual person, during and in relation to the crime of Bank Fraud as charged in Count Four of this Indictment.

All in violation of Title 18, United States Code, Sections 1028A and 2.

6

## COUNT EIGHT
*Aggravated Identity Theft*
18 U.S.C. § 1028A

On or about December 18, 2023, in Richmond County, within the Southern District of Georgia, and elsewhere, the Defendants,

**JOSHUA MISTER HOLMES,
COLESHIA CARTER,
and
TORRANCE URBAN MILLER,**

aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly transfer and possess and use, without lawful authority, the means of identification of another actual person, to-wit: the name, of J.W., whose name is known to the Grand Jury, knowing that the means of identification was that of an actual person, during and in relation to the crime of Bank Fraud as charged in Count Five of this Indictment.

All in violation of Title 18, United States Code, Sections 1028A and 2.

7

## FORFEITURE ALLEGATION

The allegations contained in Counts Two through Five of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(A) and Title 28, United States Code, Section 2461(c).

Upon conviction of any of the offenses set forth in Counts Two through Five of this Indictment, the Defendants, **JOSHUA MISTER HOLMES, COLESHIA CARTER, and TORRANCE URBAN MILLER**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(A), and Title 28, United States Code, Section 2461(c), any property constituting or derived from proceeds obtained, directly or indirectly, as a result of such violation.

If any of the property described above, as a result of any act or commission of a Defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

8

A True Bill.

_____
Foreperson

Tara M. Lyons
Acting United States Attorney

David H. Estes
Assistant United States Attorney
*Lead Counsel

Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division

Joshua Kyle Davis
Assistant United States Attorney
*Lead Counsel

8